1162

No. 03–793. CARR v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–794. MITCHELL v. SHAIN. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 03–796. EISEN v. BUSH, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–798. KAUFMAN v. FASS ET AL. App. Div. Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 03–809. HECHT, BY HIS CO-GUARDIAN, HECHT v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 2d Cir. Certiorari denied.

No. 03–825. DELGADO v. GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–833. KAISER v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 03–854. LUSTER v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–864. PROFESSIONAL MANAGEMENT ASSOCIATES, INC. EMPLOYEES' PROFIT SHARING PLAN v. KPMG, LLP. C. A. 8th Cir. Certiorari denied.

No. 03–873. HOSKINS ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–884. M. Y. J. P. v. NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES. Super. Ct. N. J., App. Div. Certiorari denied.

No. 03–890. BROWNING v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–899. BETHURUM v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–924. HUBBARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.